

## 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Seagraves Independent School District,
        * From the 106th District Court
          of Gaines County
          Trial Court No. 16-02-17225.

v. No. 11-16-00202-CV
        * October 6, 2016

Sandia Construction, Inc.,
        * Per Curiam Memorandum Opinion
          (Panel consists of: Wright, C.J.,
          Willson, J., and Bailey, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed, and the cause is remanded to the trial court to effectuate the parties' settlement agreement. The costs incurred by reason of this appeal are taxed against the party incurring same.